UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE:  
JORGE GUEVARA

CASE NO. 05-41830-BKC-RAM

NOV 15 2010

288602

CHAPTER 13

U.S. BANKRUPTCY CT.
SO. DIST. OF FLA.
MIAMI - OFFICE

NOTICE OF DEPOSIT OF FUNDS WITH THE
U.S. BANKRUPTCY COURT CLERK

NOTICE IS HEREBY GIVEN THAT:

(XX) The trustee has a balance of $ 15.11 remaining in her bank account which represents unpresented checks drawn and mailed to debtor(s)/ creditor(s) in the above named case. Your trustee has made a good faith effort to verify the correct mailing address for said debtor(s)/Creditor(s) and deliver the funds before presenting this notice. More than sufficient time has passed for these checks to be presented for payment, or the creditor has returned funds indicating they refuse the funds.

( ) The trustee has a balance of $ .00 remaining in her bank account which represents small dividends as defined by FRBP 3010.

Attached and made a part of this notice is a list, pursuant to FRBP 3011, of the names, Claim numbers and addresses of the debtor(s)/creditor(s) and the amounts to which they are entitled.

WHEREFORE, your trustee hereby gives notice that the above stated sum has been deposited with the Clerk of the U. S. Bankruptcy Court, Southern District of Florida, to effect closing of this estate.

Date: 11/12/10

NANCY N. HERKERT
CHAPTER 13 TRUSTEE

Copies to:

JORGE GUEVARA  
2727 NW 17 TERRACE  
APT 401  
MIAMI, FL 33125

JORGE L. SUAREZ, ESQUIRE  
3735 SW 8TH STREET  
SUITE 101  
CORAL GABLES, FL 33134

CHASE BANK, USA, NA  
CIRCUIT CITY PRIVATE LABEL  
POB 100018  
KENNESAW, GA 30156-9104

CHASE BANK, USA, NA  
CIRCUIT CITY PRIVATE LABEL  
POB 100018  
KENNESAW, GA 30156-9104

U.S. Trustee  
51 S. W. 1st Avenue  
Miami, Florida 33130

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE:                                          CASE NO.   05-41830-BKC-RAM
JORGE GUEVARA


                                                CHAPTER 13


JORGE GUEVARA

2727 NW 17 TERRACE
APT 401
MIAMI, FL 33125

JORGE L. SUAREZ, ESQUIRE
3735 SW 8TH STREET
SUITE 101
CORAL GABLES, FL 33134

CHASE BANK, USA, NA              ---------$             7.42
CIRCUIT CITY PRIVATE LABEL              UNDELIVERABLE/STALE
POB 100018                              CLAIM REGISTER# 2
KENNESAW, GA 30156-9104

CHASE BANK, USA, NA              ---------$             7.69
CIRCUIT CITY PRIVATE LABEL              UNDELIVERABLE/STALE
POB 100018                              CLAIM REGISTER# 4
KENNESAW, GA 30156-9104

U.S. Trustee
51 S.W. 1st Avenue
Miami, Florida 33130